**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **MARIO ALBERTO SANTOS AGUILAR**, | No. 26-cv-08953 |
| *Petitioner*, | |
| v. | **ORDER** |
| **JASON BENZEL**, *et al.*, | |
| *Respondents*. | |

**THIS MATTER** comes before the Court on the Petition for a Writ of Habeas Corpus ("Petition") filed by Mario Alberto Santos Aguilar ("Petitioner"). (ECF No. 1). The Court held hearings on July 28 and July 30, 2026 (the "Hearings"). During the July 30 hearing, Respondents also made an oral motion to maintain ECF No. 14-1 under seal in redacted form and to seal in its entirety the same document filed at ECF No. 16. For the reasons stated on the record during the Hearings,

**IT IS HEREBY** on this 30th day of July, 2026,

**ORDERED** that the Petition, (ECF No. 1), is **DENIED WITHOUT PREJUDICE**. Petitioner may move to reopen this matter if changed circumstances warrant; and it is further

**ORDERED** that the Court's no-transfer order, (ECF No. 3), is **VACATED**; and it is further

**ORDERED** that Respondents' oral motion to seal is **GRANTED**. ECF No. 14-1 shall remain on the public docket as redacted therein. The unredacted version of ECF No. 14-1, filed at ECF No. 16, shall remain fully sealed; and it is finally

**ORDERED** that the Clerk of the Court shall **CLOSE** this case.

Dated: July 30, 2026

**CHRISTINE P. O'HEARN**
**United States District Judge**

2